# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CIPRIANO VARGAS,**<br>   Movant, | **MOTION TO VACATE**<br>**28 U.S.C. § 2255** |
| v. | **CRIMINAL ACTION NO.**<br>**1:16-CR-00193-SCJ** |
| **UNITED STATES OF AMERICA,**<br>   Respondent. | **CIVIL ACTION FILE NO.**<br>**1:19-CV-05745-SCJ** |

## ORDER

This matter appears before the Court on the February 15, 2023 Final Report and Recommendation ("R&R) (Doc. No. [175]) issued by the Honorable Christopher C. Bly, United States Magistrate Judge, to which no objections have been filed. After reviewing the R&R and no clear error having been found, the R&R (Doc. No. [175]) is received with approval and **ADOPTED** as the Order of this Court. Accordingly, Movant's Motion to Vacate (Doc. No. [138]) is **DENIED**. A certificate of appealability is **DENIED**.

Nothing further remaining for the Court's consideration, the Clerk is **DIRECTED** to enter judgment and close this case.

**IT IS SO ORDERED** this 7th day of March, 2023.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**